UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE VAN HOOK,

    Plaintiff,

Case No.: 3:17-cv-66

vs.

COMMISSIONER
OF SOCIAL SECURITY,

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

    Defendant.

_____

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 12); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 12. Based upon the agreement of the parties, and for good cause shown, the parties' joint motion (doc. 12) is **GRANTED** and the ALJ's non-disability finding is **REVERSED** as unsupported by substantial evidence. This case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings. The Clerk is **ORDERED** to enter judgment in favor of Plaintiff and to **TERMINATE** this case on the Court's docket.

    **IT IS SO ORDERED.**


Date:  September 8, 2017

\*s/Thomas M. Rose
Thomas M. Rose
United States District Judge